UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**AAFIA SIDDIQUI,**

            Movant,

  -against-                                              14-cv-3437
                                                                         (RMB)

**UNITED STATES OF AMERICA,**

            Respondent.

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of ROBERT J. BOYLE dated May 14, 2014 and all prior proceedings heretofore had herein, the undersigned will move this Court at a date and time to be set by the Court for an order recusing itself from the instant 28 U.S.C. §2255 proceedings and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
        May 14, 2014                            Yours, etc.

                                                       ROBERT J. BOYLE
                                                       351 Broadway
                                                       3rd floor
                                                       New York, N.Y. 10013
                                                       (212) 431-0229
                                                       Rbboyle55@gmail.com
                                                       Attorney for Aafia Siddiqui

TO: Clerk, USDC/SDNY

    United States Attorney
     Southern District of New York