This Agreement may not be modified, amended, or replaced except by another signed written agreement.

10. Signing of the Agreement

This Agreement shall not take effect and Attorneys have no obligation to provide legal services until a signed copy of this Agreement is received by Attorneys and Attorneys have received timely payment of the initial advance fee deposit as described in this Agreement. Payor has been fully informed, acknowledges and understands that this is a FEE AGREEMENT for representation by the Firm and that this is a legally enforceable contract. Payor also understands that he has the right to seek independent legal counsel before executing this document or retaining the Firm.

SWIFT & MCDONALD, P.S.

By: _____   Dated: _____

I have read and understand the foregoing terms and agree to them.

Payor: _____   Dated: _____
His Excellency, Husain Haqqani
Ambassador, Islamic Republic of Pakistan
To United States

Payor's Initials _____