USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AAFIA SIDDIQUI,
                        Petitioner,

         - against -

UNITED STATES OF AMERICA,
                        Respondent.
-----------------------------------------------------------x

14 Cv 3437 (RMB)

**ORDER**

Based upon the record and prior proceedings herein, the Court directs attorney Robert J. Boyle to present written documentation and support from Dr. Aafia Siddiqui for (i) the statement contained in his affidavit, dated May 8, 2014, that "[a]long with Tina Foster, Esq. [he has] been retained by the defendant Aafia Siddiqui to represent her in a motion pursuant to 28 U.S.C. § 2255 to vacate her sentence."; (ii) the statement contained in his affidavit, dated May 14, 2014, that he is "an attorney for Aafia Siddiqui"; (iii) his authorization to present the 28 U.S.C. § 2255 motion, dated May 12, 2014, on behalf of Aafia Siddiqui to this Court and (iv) his authorization to submit the motion, dated May 14, 2014, to recuse this Court from considering said 28 U.S.C. § 2255 motion.

The documentation and support shall be served and filed on or before May 27, 2014.

Dated: New York, New York
         May 20, 2014

                                             _/s/ RMB_____
                                             RICHARD M. BERMAN
                                             U.S.D.J.