

# Translation of Punjabi/Urdu/English Audio Recording of April 2010

(Certified February 8, 2011, New York, NY)

## Translator Notes

| | | |
|---:|:---:|:---|
| **V1** | = | **Voice 1** |
| **V2** | = | **Voice 2** |
| **UM1** | = | **Unidentified Male 1** |
| **UM2** | = | **Unidentified Male 2** |
| **UM3** | = | **Unidentified Male 3** |
| **OC** | = | **Overlapped conversation** |
| **UI** | = | **Unintelligible** |
| **Aside** | = | **Aside -** Extraneous to chief conversation. UM1 phone conversations marked as ASIDE. UM1 conversation with child ignored. |
| **Noise** | = | **Noise -** Not used in this file. Child's constant prattle would clutter the script otherwise. |
| **\*\*\*** | = | **Translation omitted. Irrelevant conversation.** |

Link to audio recording: http://www.ijnetwork.org/report/IJNetworkTape.WAV

© 2011. International Justice Network. All rights reserved.  | 21

# Transcription of Audio Recording by Minute Number:

**00:00:00 – 00:11:25 :**

\*\*\*

**Minutes 00:11:26 – 00:12:59 :**

| | |
|---|---|
| **V1:** | So, Imran, sir? How was your day? |
| **V2:** | It was fine, great. Tomorrow I am on my way back. |
| **V1:** | Is it a seminar or presentation format? How do you deal with FBI; round-table conference or a seminar format? |
| **V2:** | It's a face to face across the table. |
| **V1:** | Okay. |
| **V2:** | Their policy is. |
| **V1:** | Tell them not to alienate local families. That's the main thing. |
| **V2:** | I mentioned it. I met so many Pakistani families here and some of them are. Very few of them…Sense of alienation. And we believe when we were talking about studies. Not necessarily extremists or terrorists. Laymen etc., etc. |

**Minutes 00:13:00- 00:58:59 :**

\*\*\*

| | |
|---|---|
| **V1:** | Travelling is not fun. |
| **UM1:** | (UI) I like going new places but then it interferes with your personal life. Work is stalled, put on hold. |
| **UM1:** | Even vacations become cumbersome. You literally start telling yourself, fuckface, you are an old man, you are a 60 year old man with gray hair. |
| **V2:** | In a month approximately (UI). |
| **V1:** | How much do you travel on business? |
| **V2:** | It depends. If I don't want to step out; I have a base camp office. (UI). |
| **UM1:** | Well, if you do get out, how long? |
| **V2:** | Not anymore; but earlier, a lot, and I was all over the place. |
| **V1:** | Where are you posted now? |

| | |
|---|---|
| V2: | I am stationed in Karachi.  I head the counter- terrorism department for Sindh province. |
| V1: | All of Sindh?  What's the strength of the force? |
| V2: | 7,000. |
| UM1: | Really? And all the cadets? |
| V1: | In the department? |
| V2: | Yes. |
| UM1: | Blessed God. |
| V1: | Very good, buddy. |
| UM1: | So this was formed to rival the Elite Force? |
| V2: | Y'see, previous to 9/11 all were unto themselves but things changed subsequently. but now. |
| V1: | Centralized. |
| V2: | Now they have centralized.   Police surveillance is our domain which entails minor details such as tailing someone.  Earlier another department took care of that. Now surveillance is my charge.  Any operations someplace were performed by criminal investigation department (C.I.D) back in the day.  Based on information they would raid a place expecting explosives etc., and use us as backup.   Or they would ask us to raid and neutralize explosives. |
| UM1: | In other words multiple agencies were used. |
| V2: | Each to themselves and never shared information.  Would tell us the place is safe and we would face explosions.  In the last episode a guy named Afridi was kidnapped.  A transporter, kidnapped for ransom by some Punjabis.  When the Elite personnel went in those guys blew themselves up and  eight of 'these' guys were also 'martyred.' |
| V1: | Who was this afridi, a terrorist? |
| V2: | No, Afridi was a transporter. |
| V1: | Your transporter? |
| V2: | No, a normal transporter. |
| V1: | Oh, you mean a transporter involved in transport of cargo. |

© 2011. International Justice Network. All rights reserved.   |   23

| | |
|---|---|
| **V2:** | No, normal.  He owned a big ship.  He was a wealthy man. |
| **V1:** | Motivated by ransom, or? |
| **V2:** | Their finances have dried up.  In fact their financial support. |
| **V1:** | The financial support, yeah. |
| **V2:** | Now they are generating their own funds and ten of them have formed a consortium.  They now choose their own targets.  They choose their own finances.  I mean, get their own finances. |
| **V1:** | That's very difficult to break.  Unless you have (UI) your own informants on the ground and on the. |
| **V2:** | We were talking about it today. Even though we are not technically savvy but terrorism-related, I mean, our post-incident-detection rate with convictions is 92%.  (UI) Not to mention millions of terrorists at large. |
| **V1:** | Exactly. |
| **UM1:** | Why are you (UI). Motor.   This is a pair of scissors.  Hold this. |
| **UM1:** | Are any of these Elite? |
| **V2:** | We have 1200 Elite. |
| **UM1:** | Okay. |
| **V2:** | Elite personnel are housed inside the premises once in a month.  Just like Army. |
| **UM1:** | Okay. |
| **V2:** | The 12 companies. |
| **UM1:** | Hmm. |
| **V2:** | You understand, are comprised of 100 people each. |
| **UM1:** | Okay. |
| **V2:** | They stay there day and night, on the premises.  Their tour of duty is 45 days on and 12 days off, in rotation. |
| **V1:** | (Aside) Javed, buddy. (End of Aside) |
| **V2:** | Day and night.  45 days, right there (UI). |

| | |
|---|---|
| **V1:** | (Aside) We are eagerly waiting for you. Hold on. What? Where you should hurry you tarry. The deck of cards is waiting. (End of Aside) |

**Minutes 01:04:01 - 01:47:24 :**

\*\*\*

**Minutes 01:47:25 - 01:53:00 :**

| | |
|---|---|
| **V1:** | Are secessionist Sindhi movements still active in Sindh? |
| **V2:** | Were, earlier. |
| **V1:** | They were, earlier? on decline? |
| **V2:** | It was on the rise earlier. Actually the sectarian strife between Sunnis and Shias in Pakistan was initially ignited or funded by CIA. Subsequently, a couple of guys undertook the work and continued. After the murder of one Dr.Hyder the attacks on Sunni mosques and Shia imam bargas ceased. |
| **V1:** | Hmm. |
| **V2:** | Similarly, a Sindhi named Shafi Burkat, who went to India on his own initiative, trained with RAW, was actually (UI). He made 'solders' that he would explode on buses and rail tracks. But the day he got busted. But now. |
| **V1:** | In jail or killed? |
| **V2:** | In jail. ISI snagged him, kept him in custody for two and a half years. |
| **V1**: | Hmm. |
| **V2:** | And then told me to take him away. I asked them what am I going to do with this blackguard whose name is on Supreme Court's missing person list. In short, I said, why me. |
| **UM1:** | (Aside) I have been thinking since morning of talking to you. (End of Aside) (UI). |
| **V2:** | Eventually, I did. |
| **V1:** | Filed a case? |
| **V2:** | Yes, filed a case. |
| **UM1:** | (Aside) So, c'mon over then. (UI) Boy, Punjabi (UI). ( End of Aside) |
| **V2:** | Yes, we built up a case against him. |
| **UM1:** | Will you clean up? |
| **V2:** | Say what? |
| **UM1:** | Will you clean up? Please clean up that spot. The toys etc. |
| **V1:** | Who is coming? |
| **UM1**: | Shall we go upstairs. It's cold. |

© 2011. International Justice Network. All rights reserved.   | 25

**V2:** Yeah, let's sit upstairs. (UI) You drink black?

**V1:** Yeah, (UI) problems.  Pour me some milk.  It kills antioxidants.

**UM1:** Whose?

**V1:** Try without milk.

**V2:** (UI) Maulvi (UI) milk.

**UM1:** I need milk.  The fresher the better!  This will do fine too.  Well, it occurred to me.

**V1:** Creamer?

**UM1:** No creamer.

**V1:** (UI)

**V2:** (UI) Speaks loudly.

**V1:** So, how did you build up a case against him?

**V2:** Oh, that.

**V1:** (UI)

**V2:** We activated a man in Karachi.

**V1:** Was he American?

**V2:** No.

**UM1:** (Aside) (UI)

**V2:** Fitted him out with a new national ID card. We gave him a new ID card and started him out from Karachi.  And the ID card (UI).

**V1:** So, new credentials were created?

**V2:** We trained him and drew up a schedule.  We went to Khuddar.  He stayed in Khuddar Hotel.   He went on to Quetta.  He purchased knick knacks in Quetta.  The officer escorting him, a native Quettan, told him that he was going to be released.  My superior officer stuffed this man's bag with a whole lot of fucking pistachios and almonds.

**V1:** (UI)

**V2:** Because he knew the guy's going to be snagged in Karachi and that all those nuts would be his; pistachios, almonds and what have you.

**V1:** What was his name?

**V2:** Shafi Urfat.  We put him on a plane.  We studied all possible scenarios.  The food service comes with plastic knives and forks.

**V1:** Potential for use as weapons, right?

**V2:** Anticipating commissions and omissions.  There is only one airbus with a 4-seater middle aisle that lands there. We seated him in one of those seats.

| | |
|---|---|
| **V1:** | Flanked on either side by escorts? |
| **V2:** | We had three of our own people. |
| **V1:** | He didn't know? |
| **V2:** | He didn't know. We had released him inside Quetta. |
| **V1:** | Released him? |
| **V2:** | Released him inside the airport. We planted our own people in the lounge just in case he tried to flee. We had people on the plane. Two people in the bathroom. |
| **V1:** | Highly illegal by local standards. |
| **V2:** | Oh. |
| **UM1:** | What was he doing? Was that a warm up to an arrest? |
| **V1:** | This was evidence being built to implicate him. |
| **UM1:** | Oh, okay. |
| **V1:** | He was in an ISI jail for two and a half years. |
| **V2:** | Two and a half years (UI). |
| **V1:** | The problem was there was no evidence despite two and a half years. |
| **V2:** | Actually there was enough evidence. The real problem was that the day he was grabbed by the police he was seized by ISI. |
| **V1:** | ISI took him away? Okay. |
| **V2:** | Otherwise his people would petition the court requesting status update on their man after he was nabbed by police. |
| **V1:** | Ah! That would mean it's a lie. That he's been free all of those two and a half years. |
| **V2:** | Free. During that time we got all his emails. When he came back from India we would ask him for an 'anniversary gift,' as it were, and he would go and explode a bomb there. |
| **V1:** | Oh. Was this a part of the charade too. This was manufactured too? |
| **V2:** | Oh no. |
| **V1:** | Oh, so, this was for real. He had actually done it. Aha. |
| **UM1:** | The thing is, about Mumbai. |
| **V2:** | Because, this man. He was our source. |
| **V1:** | Who? |
| **V2:** | This moron who was caught. Whatshisname? |
| **V1:** | Is he an IIC man? |
| **V2:** | No, no. He was our man. He belonged to Special Branch. This is a game of double dealing; direct them right and exit left. |

© 2011. International Justice Network. All rights reserved.   |   27

| | |
|---|---|
| **V1:** | What do you mean? |
| **V2:** | These are basically our sources. |

**Minutes  01:53:00-02:13:59  :**

***

**Minutes 02:14:00 – 02:16:00 :**

| | |
|---|---|
| **V1:** | So, Afia Siddiqui too suffered the same fate; five years in Afghanistan (UI)? |
| **UM2:** | Did they cause her trouble?  Did they get statements from her? |
| **V2:** | She's stick thin. |
| **UM2:** | She's also crazy. |
| **V2:** | You know what, I hadn't seen her face. |
| **V1:** | Earlier? |
| **V2:** | Not until I arrested her.  She had an American demeanor when she was apprehended. |
| **V1:** | Did you arrest her? |
| **V2:** | Yes, I arrested her.  She wore gloves and a veil. |
| **UM1:** | What do you think, will she be released? |
| **V1:** | No way.  She's already been convicted. |
| **UM1:** | How long will media? |
| **V1:** | She's convicted. |
| **V2:** | (UI) Some mullah or cleric crying. |
| **UM2:** | She was caught alone. |
| **V1:** | How, alone?  She was in their high-security prison for five or six years. |
| **V2:** | When she was caught she was travelling to Islamabad. |
| **UM2:** | No, but Mullahs (clerics) had sent her alone. |
| **V1:** | You mean they grabbed her here in Pakistan. |
| **V2:** | Yes.  When snagged in the company of clerics she was by herself. |
| **UM2:** | What does that have to do with anything, sir?  I have lived with clerics. |
| **UM3:** | (Aside) She had a call. (End of Aside) |
| **UM2:** | (UI) |
| **UM1:** | That's what he is saying. |
| **UM2:** | (UI) Target. |

**V1:** How did it get to be 2 o clock.

**V1:** (Aside) What's the nominated trump? (End of Aside)  (UI)

**V2:** She was hobnobbing with clerics.  (UI)

**V1:** (Aside) What's the nominated trump? (End of Aside)  She was arrested in 2003?

**V2:** Yes, 2003.

**V1:** So what happened after the arrest?  Did ISI ask for her custody?

**V2:** Yes, we gave her to ISI.

**V1:** ISI or something else?

**V2:** ISI.  So, we gave her to them.

**UM1:** Isn't ISI somewhat tamed now?

**V2:** But in spite of America's doings.

**V1:** Isn't it is very compartmentalized?

**UM1:** What?

**V2:** Isn't ISI so compartmentalized that one department doesn't know what the other is doing?

**V2:** Yes.  It's compartmentalized and that's how it was conceived by the founders.

**V1:** Hmm.

**V2:** They shrouded it in secrecy.

**UM1:** They just snagged two guys for reward.

**V2:** (UI) (OC) They are missing.

**UM1:** Imam (UI).  They are not missing.

**V2:** Did they produce them?  Did they go to Taliban?

**V1:** It's your turn.

**UM1:** Taliban or Mujahideen demanded return of their two goons or musclemen or else (UI)

**V1:** Did they get two of them?  ISI did?

**V2:** Well yesterday, the Imam claimed that these were his students (UI).
Imam went to them with the wife of one of them yesterday.

**UM1:** He went there.

**V1:** And they grabbed him.

**UM1:** Grabbed him.

**V1:** And they grabbed him.  (UI) They would kill two officers in retaliation (UI) for Imam.

**V1:** Are you talking about number two in Taliban hierarchy?  Oh, you are talking about

© 2011. International Justice Network. All rights reserved.  | 29

|      | |
|------|---|
|      | Pakistani Taliban.  Shit, there are too many Talibans to keep a track of. |
| V2:  | Let me rid my hand of this.  Where am I getting this from? |

**Minutes 02:16:00 –2:20:59 :**

\*\*\*

**Minutes 02:21:00 –02:24:00 :**

| | |
|---|---|
| V1: | So what's the inside scoop on Afia Siddiqui?  What happened? |
| V2: | Inside; nothing of consequence. |
| UM2: | She's a psycho. |
| V2: | Psycho indeed. |
| V1: | Psycho is another story.   But she is a lot more than a psycho. |
| UM2: | Listen to me.  Try to understand. |
| V1: | Wait a second, buddy.  Let me understand from this gentleman. |
| V2: | That's what they were saying that the machinery was purchased and Osama Bin Laden. |
| V1: | (UI) |
| V2: | That she was one with him (UI). |
| V1: | So why couldn't she help them snag him, miscellaneous interrogations notwithstanding? |
| V2: | Well, they are not fools.  They wouldn't inform her of their forwarding address. |
| UM2: | Handler. |
| V2: | Not a handler. |
| UM2: | She was a confidant. |
| V2: | A minor facilitator. |
| UM2: | These guys enlarged her disproportionately as a high-value asset. |
| UM2: | What else could they tell the public? |
| V2: | When they snagged her they didn't have much else to soothe public opinion? |
| UM2: | What could they tell public? |
| V1: | Oh, another thing.  They found her daughter yesterday. |
| V2: | She's home already. |
| V1: | Yes, she's home.  She speaks English only.  She was in the prison. She is seven or eight years old. And she only speaks English. |
| UM1: | Eight years old? |

| | |
|---|---|
| **V1:** | Yeah.  Children were in prison and they spoke to them in American English. |
| **UM1:** | Is she home? |
| **V1:** | Yeah.  They got her home. |
| **V2:** | They were actually, I. |
| **V1:** | Really? |
| **V2:** | It's five or six months. |
| **UM2:** | Is she in Karachi? |
| **V1:** | She got home today, yesterday. |
| **V2:** | Well, it goes back to before I came here. |
| **V1:** | I read the news just yesterday, today.  Maybe, in the night. |
| **V2:** | It's two or three-months old. |
| **V1:** | Hmm. |
| **V2:** | But, I was the one who (OC)(Aside)When I (UI) she was not there. The children were not there.  There were two (UI) Daughter was later on picked up from somewhere.  I don't know what, but she was.  There are only two kids. |
| **V1:** | One is still missing.  The younger one.  The son. |
| **V2:** | The son. |
| **V1:** | The son.  Did you arrest the children, or sent them with her? |
| **V2:** | Where else? |
| **V1:** | Didn't you send them home? |
| **V2:** | We took them with us.  They were American nationals. Children are American nationals too.  They were all born there. |
| **V1:** | They were born there. |
| **V2:** | She was in Boston, has a Master's from MIT. |
| **V1:** | But she has a green card.  I think she's a green card. |
| **UM2:** | No, she's a citizen. |
| **V1:** | No.  She's not a citizen. Not a citizen. |
| **UM2:** | Did you read the emails?  She has 126 motherfucking degrees. Honorary Ph.D's.  What the fuck. (UI) |
| **UM1:** | That's simple.  It's graveyard of hopes (UI).  You are the giver, you are the taker. |

**Minutes 02:24:00 –END :**

| | |
|---|---|
| **\*\*\*** | END |

© 2011. International Justice Network. All rights reserved.   |   31