-----Original Message-----
**From:** Sidd2 [mailto:sidd2@hotmail.com]
**Sent:** Friday, July 10, 2009 01:16 PM
**Subject:** Re: Attorney for Ms Siddiqui

Dear Mr. Hussain:

Thank you for the message below. This is the first written acknowledgement we have that the govt. of Pakistan is formally willing to help pay for Dr Aafia's legal defense.

It is regrettable that you feel that the family has not helped the embassy. As you know this matter has our highest priority and we have begged the govt for help for almost a year in this regard. In fact, if this support you now mention would have been forthcoming when originally requested, Dr Aafia may have already been back home and not had to endure the many months of misery added to her 5 years of torture.

Also, please note that, we have submitted many names and proposals from attorneys as far as eight months ago. These are documented with the Ministry in Pakistan but no approval came at that time.

Anyway, to the matter at hand, please note that since you first informed me that help may be available, we had requested a meeting with the ambassador and our proposed legal team so that details and terms could be understood by all parties. It was also understood that any attorney would be approved by mutual agreement of the Ambassador and the family. Naturally, nobody turns over money without conditions and we also cannot give a blanket OK without having our concerns clarified.

Unfortunately, the meeting has yet to occur. First it was cancelled due to the Ambassador's schedule which we know is very busy. Then, after the Ambassador visited Aafia on June 9th, he said we should meet in person before the 19th. I rearranged my entire schedule to be available yet no meeting was scheduled. Unfortunately, our deference to the recognition of the Ambassador's schedule is being interpreted as lack of support.

At this point, as you know, I have made our major concerns known to you. Here they are again:

1. What are the terms and conditions and limits?

2. Will the support be for this trial only or be available for any re-trials or the full appeals process, if such should be required?

3. How will the funds be dispersed; will they be deposited in an escrow type account to be administered by a neutral third party based on verifiable expenses for the legal defense AND investigation?

4. We need assurance of the full and unrestricted cooperation of the government with any investigations required for the defense and free access to Pakistani agencies, personnel and their documents.

5. The lawyers and investigators must be able to maintain loyalty to their client (Dr Aafia) and not to the government. This is difficult if the government is the paymaster.

6. The funds should be available to cover investigators and a legal team, not just one lawyer. We do not believe any one lawyer can effectively handle this case.

7. Why can the funds not be given to an entity like MLFA who are set up to manage legal defenses?

8. The family does not want possession of the funds.

9. The legal team has to have the ability to defend Dr Aafia and have her confidence.

I have also asked for written confirmation of your terms. To date I have only the eMail from you sent today.

Please take note of the above concerns which we believe need to be addressed and understood so we can move forward because, as you point out, valuable time has been lost and, we fear, it may already be too late for any legal team to do anything because the needed investigation could not be done.

I hope to receive a response at your earliest convenience.

Thank you
Muhammad Siddiqui

**From:** hussain@embassyofpakistanusa.org
**Sent:** Friday, July 10, 2009 12:57 AM
**To:** sidd2@hotmail.com
**Subject:** Attorney for Ms Siddiqui

Dear Mr.Siddiqui,
It is now more than three months that I have been repeatedly requesting you to convey to the Embassy, in writing the name of the Attorney who enjoys the confidence of your family so that the Mission could engage his/her services to defend Aafia. During my telephone call dated July 7th I had again requested you to convey the name of the attorney selected by the family of Ms Siddiqui without further delay. The Embassy believe that the case of your sister Ms Aafia Siddiqui has reached a stage that requires immediate engaging of a reputed Attorney to defend her case . It is a matter of concern that neither you nor any member of your family has helped the Embassy in this regards. I would therefore once again request you to kindly convey the name of the Attorney you

would like to engage to defend your sister Ms Siddiqui. The Embassy would engage his/her services immediately. Kindly give it a top priority. I will wait for your urgent response.

Regards

Faqir Syed Asif Hussain
Minister
Embassy of Pakistan
Washington DC
Tel:202=243=3254