

# FBI-wanted Pakistani woman detained

Date : 31/03/2003

FBI-wanted Pakistani woman detained ISLAMABAD, March 31 (KUNA) -- A Pakistani woman, who was on the most-wanted US Federal Bureau of Investigation (FBI) list suspected of having links with "Al-Qaida" terror network has been captured in the eastern Pakistani port city of Karachi, an official said here Monday.

A security official told KUNA by telephone from Karachi that Dr Aafia Siddiqui, a PhD doctor, was picked up from a house in downtown Karachi by the law enforcement agency personnel.

She was traced by the law-enforcement agency personnel at the Karachi International Airport, after returning from abroad. The local agents chased and held her from the house of her relatives, the official added.

She was taken to an undisclosed location where initially she was interrogated by local investigators. The official said that later the FBI agents interrogated her.

"The official suspected that lady was reportedly working with the 'Chemical Wire Group' of the "Al-Qaida".

According to reports, Aafia having a doctorate degree in neurological science from Massachusetts Institute of Technology, was living in Boston (US) along with her spouse and three children. She was alleged to have provided logistical support to a man Adnan El Shukrijumah who is wanted in connection with possible threats against the United States. (end) myk.ja KUNA 311230 Mar 03NNNN