

**INTERNATIONAL THE NEWS**
**INTERNET EDITION**

Monday March 31, 2003 – Muharram 27, 1424 A.H.
ISSN 1563-9479

NEWS UPDATE
TOP STORIES
WORLD
NATIONAL
KARACHI
ISLAMABAD
LAHORE
BUSINESS
STOCKS
SPORTS
EDITORIAL
OPINION
NEWSPOST
CARTOON

## TOP STORIES



### FBI-wanted woman held in Karachi

*By Azfar-ul-Ashfaque*

KARACHI: A Pakistani woman, who was on FBI's list of having suspected links to Al-Qaeda network, has been taken into custody by the sleuths of a sensitive agency here, sources told The News.

Sources said Dr Aafia Siddiqui -- a PhD doctor -- was picked up from a house in Gulshan-e-Iqbal area on Friday. According to sources, she was spotted by the law-enforcement agency personnel at the Quaid-e-Azam International Airport, Karachi while returning from upcountry. The local agents chased and easily held her from the house of her relatives.

She was taken to an undisclosed location where initially she was interrogated by local investigators. On Saturday, the sources said, the FBI agents were allowed to question the lady. Some sources, however, said the lady was reportedly working with the 'Chemical Wire Group' of the al-Qaeda. But, the government officials in Karachi and Islamabad were reluctant to confirm the news of detention of the lady.

Recently, the FBI placed the photograph of a lady namely Dr Aafia Siddiqui at its website stating: "Although the FBI has no information indicating this individual is connected to specific terrorist activities, the FBI would like to locate and question this individual." The website also contained such remarks: "Although Aafia Siddiqui's current whereabouts are unknown, the FBI believes she is currently in Pakistan."

According to reports, Aafia having a doctorate degree in neurological science from Massachusetts Institute of Technology (MIT), was living in Boston along with her spouse and three children. She was alleged to have provided logistical support to a man Adnan G El Shukrijumah who is wanted in connection with possible threats against the United States, as mentioned on FBI website.



WEEKLY SECTIONS

NEWS on Sunday
YOU
TView
cyber@print
Tapestry
Iqra
US
Biz. & Finance Rev.
ICN
Special Issues
Viewer's Forum
INVESTOR'S JRNL



Previous     Top Stories     Next

The News International, Pakistan

Update | World | National | Karachi | Islamabad | Lahore | Business
Stocks | Sports | Editorial | Opinion | Newspost | Cartoon



Back Issues