**Transcript of April 21, 2003 NBC Nightly News report**
Video available at https://www.youtube.com/watch?v=6xwCHha5ITM

There's late word tonight of an important development in the War on Terror. A Pakistani woman, who lived in Boston, wanted by the FBI, has been detained in Pakistan. We get exclusive details now from NBC Senior Investigative Correspondent Lisa Myers.

A senior US official tells NBC News that Aafia Siddiqui, a 31-year-old mother of three, educated at MIT and Brandeis, tonight is in custody and being questioned by Pakistani authorities about possible ties to al-Qaeda. The FBI posted her name and picture on its terrorism website a month ago. Senior US officials say Siddiqui definitely has ties to very radical individuals in Pakistan and may be working as a fixer for al-Qaeda, not an actual member, but someone used to move money and provide other logistical support. Siddiqui has not been charged with any crime, and a family lawyer denies any link to terrorism. But if she is helping al-Qaeda, she'd be the first woman ever tied to that group. A significant, and, authorities say, troubling development. Lisa Myers, NBC News, Washington.