

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2009

**By Facsimile**

Dawn M. Cardi, Esq.
2 Park Avenue
New York, NY 10016

> Re: **United States v. Aafia Siddiqui**
> 08 Cr. 826 (RJB)

Dear Ms. Cardi:

The Government is in receipt of your letter dated June 17, 2009. First, the Government is aware of its discovery obligations under *Brady* v. *Maryland* and otherwise, and has complied — and will continue to comply — with those obligations. Second, we are aware of the statements we have made to the Court in this matter, and do not doubt their accuracy. Third, we have discussed with you, since your appointment as counsel in this case, the prospect of providing you with access to certain classified materials, and will do so as soon as you are properly cleared, which we expect to happen in the near term. These materials are not exculpatory. Our hope is that your review will serve to focus your efforts on the issues at hand at the upcoming competency hearing and subsequent trial.

Very truly yours,

LEV L. DASSIN
Acting United States Attorney

By: *[signature]*

David Raskin
Christopher L. LaVigne
Assistant U.S. Attorneys
(212) 637-2635/2325