In the name of God.

Oct. 18, 2013.

To: Dawn Cardi, Chad Edgar, Elaine Sharp, Charles Swift, Linda Moreno, Elizabeth Fink, Gideon Oliver, Sarah Kunstler.

Please be advised that I have retained Tina Foster as my attorney to represent me in U.S. courts. Please transfer <u>all</u> materials, documents, notes, etc. to her immediately.

Thank You,

Sincerely,

Aafia Siddiqui