To Whom It May Concern;

I confirm that:

I have authorized attornies Tina Foster and Robert Boyle to file a legal case on my behalf, specifically section 2255 motion to vacate and related filings.

Aafia Siddiqui
May 21, 2014

Name A. SIDDIQUI
Reg. No. 90270-054
Federal Medical Center, Carswell
P.O. Box 27137
FMB Worth, TX 76127

LEGAL MAIL

To,
Tina Foster Esq.
5500 West Ridge Rd.
Spencerport, NY 14559

14559102300