UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AAFIA SIDDIQUI,

        Petitioner,

- v. -

UNITED STATES OF AMERICA,

        Respondent.

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**14 Cv. 3437 (RMB)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney for the Southern
                                           District of New York

                                       by: /s/ Jenna M. Dabbs
                                       Jenna M. Dabbs
                                       Assistant United States Attorney
                                       Tel: (212) 637-2212
                                       Fax: (212) 637-2387