UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AAFIA SIDDIQUI,

                Petitioner,             14 Cv 3437 (RMB)

    - against -                            **ORDER**

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

The Court will hold (brief) oral argument (5-10 minutes per side if requested) on the motion to recuse [#4] on Wednesday June 25, 2014 at 10:30 a.m..

Dated: New York, New York
       June 18, 2014

                                                    *RMB*
                                        RICHARD M. BERMAN
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2014