UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AAFIA SIDDIQUI,
       Petitioner, : 14 Cv 3437 (RMB)

  - against -       : **AMENDED ORDER**

UNITED STATES OF AMERICA,
       Respondent. :
------------------------------------------------------------x

In light of the fact Petitioner's reply brief is due on June 27, 2014, the Court will reschedule oral argument (5-10 minutes per side if requested) on the motion to recuse [#4] to Tuesday July 8, 2014 at 12:00 noon.

Dated: New York, New York
    June 19, 2014

                     _____
                       RICHARD M. BERMAN
                       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2014