UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**AAFIA SIDDIQUI,**

     Movant,

   -against-          14-cv-3437
                  (RMB)

**UNITED STATES OF AMERICA,**

     Respondent.

-----------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE, that the undersigned attorney, Robert J. Boyle, attorney for Petitioner Aafia Siddiqui has a new address as set forth below. Phone and e-mail remain the same.

Dated: New York, New York
   June 26, 2014       Yours, etc.

                ROBERT J. BOYLE
                RB-3568
                277 Broadway, Suite 1501
                New York, N.Y. 10007
                (212) 431-0229
                Rjboyle55@gmail.com

TO: CLERK USDC/SDNY

   UNITED STATES ATTORNEY (via ECF)