**ROBERT J. BOYLE**
**Attorney At Law**
**277 Broadway**
**Suite 1501**
**New York, N.Y.   10007**
**(212) 431-0229**
**Rjboyle55@gmail.com**

June 30, 2014

The Honorable Richard M. Berman
United States District Judge
500 Pearl St.
New York, N.Y.   10007

Re: *Siddiqui v. United States*
14 cv. 3437 (RMB)

Dear Judge Berman:

     This letter is respectfully submitted concerning the motion to recuse and the oral argument currently scheduled for July 8 at 12 noon.  Petitioner has elected not to file a reply to the government's opposition.  In addition,  I have conferred with Assistant United States Attorney Jenna Dabbs.  Neither party desires oral argument.  We are prepared to rest on the papers and have the motion decided on submission.  Of course, should Your Honor like us to address the motion orally, we are both prepared to appear on July 8.

     Thank you for your kind attention to this matter.

                                      Respectfully submitted,

                                      ROBERT J. BOYLE
                                      Attorney for Petitioner

RJB: bms

cc: AUSA Dabbs (via ECF)