**MEMO ENDORSED**

14 cv 3437

To: Judge Berman

I hereby withdraw my 2255 application and all related filings and also state that Mr. Robert Boyle is no longer representing me in any thing.

My reason for doing the above is that I refuse to participate in this system of total injustice that has punished and tortured me repeatedly, and continues to do so, without my having committed a crime. I cannot delude myself into thinking that the same element who gave me 86 years for Captain Snyder's shooting me and almost killing me, will give me any justice!

Mr. Boyle gave me a different impression — that he could get me home diplomatically without even a treaty — so I agreed to file this 2255 per his advice. Since I have found out the reality to be contrary to the impression I got, I withdraw my appeal (2255) and all related filings.

Thank You,

Aafia Siddiqui
July 2, 2014

The Court will post Dr. Siddiqui's letter on the docket. Representation of Dr. Siddiqui was discussed at a court conference on 7/8/14. See July 8, 2014 transcript of proceedings.

SO ORDERED
Date: 7/28/14
Richard M. Berman, U.S.D.J.



RECEIVED JUL 28 2014 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2014