**ROBERT J. BOYLE**
Attorney At Law
277 Broadway
Suite 1501
New York, N.Y.  10007
(212)431-0229

July 31, 2014

The Honorable Richard M. Berman
United States District Judge
500 Pearl St.
New York, N.Y.  10007

Re: *Siddiqui v. United States*
14-cv-3437 (RMB)

Dear Judge Berman:

This letter is respectfully submitted to address the letter from Dr. Siddiqui that was received by Your Honor and placed on the docket on July 29.  The issues raised in the letter require that I consult with Dr. Siddiqui.  In that regard I have sent her a letter addressing the matters in her letter.  I am also seeking to arrange a legal telephone call for next week wherein Dr. Siddiqui, Tina Foster, Esq. and myself can discuss those matters and decide how we should proceed.

In that regard, I have consulted with Assistant United States Attorney Jenna Dabbs. Subject to Your Honor's approval, it is requested that I be permitted to advise the Court on these matters no later than Tuesday August 12, 2014.  Mindful that the government's opposition papers would be due Ms. Dabbs and I agreed, subject again to the Court's approval, that their time would be extended to August 29, 2014 and that my time to reply, if any, would be September 29, 2014.  The additional time for the reply is needed in part because I am recovering from a broken foot and will be in a non-weight-bearing cast until early September.

Thank you for your kind attention to this matter.

Respectfully submitted,

/s/*Robert J. Boyle*
ROBERT J. BOYLE
Attorney for Aafia Siddiqui

RJB:bms

cc: AUSA Dabbs (Via ECF)