
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/14
MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

~~August 29, 2014~~

Gov't's application for adjournment to 9/26/14 (to respond, if necessary) is granted. Mr. Boyle has until Sept. 9, 2014 (noon) to show cause why Dr. Siddiqui's habeas petition should not be dismissed by the Court based upon Dr. Siddiqui's 7/2/14 letter.

SO ORDERED:
Date: 9/2/14
Richard M. Berman
Richard M. Berman, U.S.D.J.

**BY FACSIMILE/ECF**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Aafia Siddiqui**
**08 Cr. 826 (RMB)**
**14 Civ. 3437**

Dear Judge Berman:

The current deadline for the Government to file an opposition to petitioner Aafia Siddiqui's motion pursuant to Title 28, United States Code, Section 2255, is today. As the Court is aware, the petitioner submitted a letter to the Court indicating her intention to withdraw the habeas petition, and counsel for the petitioner, Robert Boyle, requested a period of time from the Court in order to consult with Siddiqui about the ramifications of that decision, in order to confirm that withdrawing the pending petition is indeed what Siddiqui wishes to do. The Government has not received a report from counsel as of this morning regarding Siddiqui's present intentions. In order to avoid the unnecessary expenditure of time and resources of responding to a petition that may effectively be withdrawn, and in order to avoid burdening the Court with deciding a motion which may be withdrawn, the Government respectfully requests an extension of time for the filing of its opposition papers. The Government respectfully requests that the Court adjourn the Government's opposition date until September 26, 2014. Counsel for

the petitioner has indicated in prior correspondence to the Court that he does not oppose such a request in light of the present posture of these proceedings.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: __/s/____________________
Jenna M. Dabbs
Assistant United States Attorney
(212) 637-2212

cc: Robert Boyle, Esq. (by email)