**ROBERT J. BOYLE**
Attorney At Law
277 Broadway
Suite 1501
New York, N.Y.  10007
(212)431-0229
Rjboyle55@gmail.com

September 9, 2014

The Honorable Richard Berman
United States District Judge
United States District Court
500 Pearl St.
New York, N.Y.  10007

                    Re: *Siddiqui v. United States*
                         14 Cv. 3437 (RMB)

Dear Judge Berman:

    This letter is respectfully submitted in response to this Court's September 2, 2014 order and in contemplation of today's hearing.  First, I must advise the Court that I only learned of the scheduled hearing yesterday, September 8 as I did not receive an ECF notice.  I filed a motion in another case.  When I did not receive an ECF notice and yet the motion appeared in the docket, I realized something was amiss.  I then checked pending cases and saw this Court's September 2, 2014 order.

    Since my last communication with the Court, I sent Dr. Siddiqui a letter explaining the consequences of withdrawing her 2255 motion and discharging counsel.  That letter was sent back to me, unopened, as "refused".  I will bring that envelope to court.  The scheduled family call never took place.  Dr. Siddiqui is currently confined to her cell for a disciplinary infraction and cannot make personal family calls.  Tina Foster, Esq. in unavailable as she is scheduled to give birth any day now.

    Given the foregoing I cannot represent to the Court that Dr. Siddiqui fully appreciates the consequences of withdrawing the 2255 motion.  However, I am also cognizant of, and respect, the views set forth in her July 2 letter at least in so far as she wishes to discharge me as her counsel.

    I am prepared to offer some alternatives on how to proceed at the hearing before Your Honor.

    Thank you for your kind attention to this matter.

                                Respectfully submitted,

                                /s/
                                ROBERT J. BOYLE
                                Attorney for Aafia Siddiqui

RJB:bms

cc: AUSA Jenna Dabbs (via ECF)